1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHEN KNIGHT LEWIS,

               Petitioner,

   v.

SABRINA AHERNS,

               Respondent

CASE NO. C10-5426BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendation of the

Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 8). The Court

having considered the Report and Recommendation and the remaining record, and no

objections having been filed, does hereby find and order as follows:

     (1)     The Report and Recommendation is **ADOPTED**;

     (2)     Petitioner's motion to proceed *in forma pauperis* is **DENIED**; and

     (3)     Petitioner's case is dismissed without prejudice for failure to prosecute.

     DATED this 22nd day of October, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER