# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEPHEN KNIGHT LEWIS

v.

SABRINA AHERNS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5426BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**;

Petitioner's motion to proceed *in forma pauperis* is **DENIED**; and

Petitioner's case is dismissed without prejudice for failure to prosecute.


_____October 25, 2010_____
Date

_____WILLIAM M. McCOOL_____
Clerk


_____*S/CM Gonzalez*_____
Deputy Clerk